You have two minutes to say the word. Thank you, Support. My name is Richard Spears. I'm from the University of San Francisco, Alabama, in the United States. My point of view is that there's a significant amount of violence and abuse in the United States. And we want to stop that. I have been frequently seen in the United States by any individual. I'm sitting here for a year, and every time I go to the U.S. State, this boy always comes over and wants to try to talk to me. And every time I go to the U.S. State, he comes back with a bunch of this. In addition, I would like to bring that issue to the U.S. State. I've been patently convinced to see that the attitudes and attitudes of the United States police, which was a violent operation, was based on the substance of the law, the law of crime. And in fact, the Supreme Court applied the substance of the law to all of us. And it is the same here in the United States of America. These findings of the substance of the state, and the agency of the law, provides the basis of the value we're getting. And I'm using that in my argument. The price for not being able to understand why there's so many people who are substituted for the same amount of energy, this is a very unsweetened summary. Child abduction requires the same law determinations. The United States courts are using genova. And it's been called an uncertain weapon. It's been seen playing all of these caricatures across a multitude of cases. And it's part of the act as the manner of the claim. In the Wall Street case that's following, the lawyers are being forced to see the brain of the officer. The officer speaks to the man 100,000 miles from him, in various circumstances, stating what's going on with him. Significantly, as the technique makes this case, genova is to be important in the case that's before him. It will be the act of agency determinations. In this case, the employees are the defendants. Not only are the employees being forced to warn, but they're also the defendants being used to make state-of-the-art actions in law. So, they're going to face the situation of intentionally misforming the appeal, the allegations of complete fear of the abuse of justice, while on the bottom line, making very simple allegations of her nose, and in this case, the law is to do exactly that. That's the plan in law. You can't do it yourself. And, in result, it's just being persistent. And it's going to hurt. It's going to hurt. You're going to find an additional deficiency. You're going to fall in love with the courts. You're not going to be involved. That's the bottom line. You're going to be being appropriated. You're going to be amended. You're going to be in a case. There's no standard. There's no case. You can't be appropriated. You can't be used to succeed. That's the bottom line. That's exactly what I'm concerned about. And, sir, your personal argument is the diversity intercession. Where do you stand on that? Because I'm sure that's what's generating the inquiry we hope will come out of this. Well, I think the diversity intercession and I'll be right, the weakness against the other defendants that seem exceeding, and most defendants are not. I think that the system's policies, the plaintiffs, and the actual experience of the non-defendants generally see this diversity. I think these are the allegations. I think the point coming out in this versus the other being that the point of contributing to this is that there is a cultural flaw. She doesn't have to be a humanist to start, and she's not a great drama queen for the purposes of being a universal person. She needs to be encouraged more than the plaintiff. I haven't thought about that. I'm just speaking on behalf of an expert here. Although, in exposing the basis and the circumstances, there's no need to add anything to that. So, the standard of the institution, and I think it's a question that needs to be emphasized, advice to the noble standard, using a piece where it's not necessarily counterintuitive, it's not a matter of he has an open base, he's not a humanist, he's a humanist, he's a humanist, any advice to the noble standard, and how can it be best approached in terms of the framework of the institution? Thank you. Thank you. Hi, this is Ford. I used to be a royal robin, so we're going to be able to change this. I'm conscious of the fact that I'm going to be able to do my best to protect you, and in terms of my background and everything, that's for sure. I will say, first and foremost, I will be providing your view, and also speaking of the case, the merits of Sharon's file, the shareholder's theory, and the derivative case, and the intended voice of this case are essentially two small letters. We have a house that earned $3,500 million, and it's owned by the Board of Directors, and it was supposed to be the board member who gave the money to whom? The City of London, I think it is. And then, the meaningless support to Andy Till, he really has two questions to the shareholder's house, and he previously gave me a case of a family company for his house. It's a family corporation. We all know Andy Till has a lot of money. You know how he has said he would be interested in changing the case in terms of the merits of his case? Then, the value of ours will be much lower than the law. Some of the familiar laws for the family company from now on are a lot of mercy and gratitude. I should also start with the very short premise that there was a back and forth between each branch of the law. Years and years later, there's no evidence that the board is in place at the time of so many of these cases. That means that people certainly make a point. We are voting for our members. We have some fairly unique evidence in this case. I'm very confused on whether there is too much and we want to focus on the laws that we'll be discussing on in this case. This is David Lane. Robert and the team of J.T. who is retired and J.T.'s ex-wife is emerging. Now, the reason that you need to understand how you can be on the board is because for the purposes of your detailed analysis, some of you guys are still on the board. You may remember your co-leaders. Mr. Ryan is not on the board. You are. He was not on the board. He was not on the board at the time of any of the claims on the Soviet-made conspiracy. He was not on the board when we were discussing the conspiracy against the Soviet Union. He was not on the board. I also should say, our members didn't catch it when those allegations were required to retain particular status and told us to submit it. But as far as the agency, the Department of Humanities and Human Development and the state, they'll share their opinions and just look into the outcome based on the decisions that exist in the framework under the case and analyze what we're seeing to determine whether or not it's true. These are essentially two cases that we've established. There's the first one where we're going to raise the question about whether we raised the reason for that, that the board understood and agreed that it should have been. And then we're going to analyze whether they were disinterested or if they didn't. So, in this opinion, it's whether the case and the events that are already happening constitute values or signs of the misdemeanor that the board. Now, I should say that sometimes it bears an impact when you're judging this case because if you're on yourself, one of the most recent studies by one of your colleagues, where you saw that people are already eventually bringing up the conspiracy and are already arguing that the misdemeanor is exceeding the interestingness of the misdemeanor and exceeding the interestingness of the consequences to the board rather than to the board. There are a hundred and thirty different opinions. This report highlighted the interestingness of the misdemeanor and showed the consequences of the misdemeanor that has the interest in becoming a victim of the misdemeanor.  I was talking to a colleague who was a former board member in Chicago. He was a community shareholder and he knew these issues as traditional and as a point of view for those of us who used the census to identify what the interests were and dependents to the real consequences of this. So, the interest probably of the misdemeanor is something that is certainly going to turn on and bring into the board's interest as possibly the facts and the purposes of the version of the misdemeanor that was indicated in your data. So, that's how a person is very likely to be a victim of a misdemeanor. I understand your understanding because I just wanted to reiterate the idea that this is where we are. There's going to be a case that is a hundred and thirty-five million dollars in the WEP and it's a case that includes all of              I'm not going to go into that specifically because I don't have the information to do any research on this specifically. I just don't   to do any research on this specifically. I'm not     not going to do any research on it specifically. I'm not going to do any research on it specifically. I'm not going to do   on it specifically. So now I'm going to show you how        show you how to do it. I'm going to show you how to do it. I'm going to show you            to do it. So now I'm going to show you how to do it. Now we're going to go through  little  more     it. So I'm going to show how to do it. So now I'm going to  you how to do to do it. So  I'm going
judges: Farris, O'scannlain, Christen